Lawrence Hackshaw N.Y.S.I.D 01490764R
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

-against-

1. Paul Urquiaga Sheild #22994
2. Sergeant Barrett Sheild # unknown
New York City and N.Y.C Police
Department 47th Bronx Precent

Jury Trial: ☒ Yes ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
2015 MAY 13 A 9:45
SDNY PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name Lawrence Hackshaw
ID # 01490764R
Current Institution A.M.K.C
Address 18 18 Hazen Street East Elmhurst NY 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name Paul Urquiaga  Shield # 22994
Where Currently Employed City of New York and N.Y Police Department
Address Bronx N.Y 47th Precent

Defendant No. 2  Name Sergeant Barrett  Shield # unknown
Where Currently Employed City of New York and N.Y Police Department
Address Bronx N.Y 47th Precent

Defendant No. 3  Name _____ Shield # ___
Where Currently Employed ___
Address ___

Defendant No. 4  Name _____ Shield # ___
Where Currently Employed ___
Address ___

Defendant No. 5  Name _____ Shield # ___
Where Currently Employed ___
Address ___

II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? N/A

B. Where in the institution did the events giving rise to your claim(s) occur? N/A

C. What date and approximate time did the events giving rise to your claim(s) occur? 7/6/2010 4:10 AM

Rev. 05/2007                               2

D. Facts: I Lawrence Hackshaw was wrongfully arrested on the date of 7/6/2010 by officer Paul Urquiaga Sheild #22404 and Sergeant Barrett Sheild # Unknown of the 47th Precent in the Bronx NY This event took place at 651 East 236 Street Bronx NY 10466 I was wrongfully arrested and deprived of my 5th and 14th Amendment rights There where witness's that can be brought in at a later time.

- What happened to you?
- Who did what?
- Was anyone else involved?
- Who else saw what happened?

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Emotional distress
Deformation of Character
Loss of Liberty
Depression
Paranoia
Continuous Pain and Suffering

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___ No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No ✓ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ✓ Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? N/A

_____

1. Which claim(s) in this complaint did you grieve? N/A

_____

2. What was the result, if any? N/A

_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. N/A

_____
_____
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: N/A

_____
_____
_____

2. If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any: _____

_____
_____
_____
_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. N/A

_____
_____
_____
_____
_____
_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Financial Compensation of $5,000,000.00

VI. Previous lawsuits:

<div style="margin-left: 2em;">**On these claims**</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ✓  No ~~~~

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:
Plaintiff Lawrence Hewkshaw
Defendants N.Y.C Department of Corrections

2. Court (if federal court, name the district; if state court, name the county) The Bronx County

3. Docket or Index number Don't No
4. Name of Judge assigned to your case Don't No
5. Approximate date of filing lawsuit 11/4/11
6. Is the case still pending? Yes ____ No ✓
   If NO, give the approximate date of disposition February 2015

Rev. 05/2007

6

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) Plaintiff Settlement $21,000.00 Minus 33⅓

---

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4 day of MAY, 2015

Signature of Plaintiff  *Lawrence Haugh*

Inmate Number  01490764R

Institution Address  A.M.K.C 18 18 Hazen Street East Elmhurst N.Y 11370

---

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 4 day of May, 2015, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *Lawrence Haugh*

SUPREME COURT OF THE STATE OF NEW YORK     NO FEE
BRONX COUNTY
265 EAST 161 STREET
BRONX, NY 10451

CERTIFICATE OF DISPOSITION DISMISSAL

DATE: 08/28/2013     CERTIFICATE OF DISPOSITION NUMBER: 76149

PEOPLE OF THE STATE OF NEW YORK
VS.

| | |
|---|---|
| CASE NUMBER: | 02876-2010 |
| LOWER COURT NUMBER(S): | 2010BX042655 |
| DATE OF ARREST: | 07/06/2010 |
| ARREST #: | B10655485 |
| DATE OF BIRTH: | 06/11/1982 |
| DATE FILED: | 08/06/2010 |

HACKSHAW, LAWRENCE
CLAXTON, KEITH (AKA)

DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS ON FILE IN THIS OFFICE THAT ON 09/25/2012 THE ABOVE ACTION WAS DISMISSED AND ALL PENDING CRIMINAL CHARGES RELATED TO THIS ACTION WERE ALSO DISMISSED BY THE HONORABLE CARTER, JOHN THEN A JUDGE OF THIS COURT.

THE DEFENDANT WAS DISCHARGED FROM THE JURISDICTION OF THE COURT.

THE ABOVE MENTIONED DISMISSAL IS A TERMINATION OF THE CRIMINAL ACTION IN FAVOR OF THE ACCUSED AND PURSUANT TO SECTION 160.60 OF THE CRIMINAL PROCEDURE LAW "THE ARREST AND PROSECUTION SHALL BE DEEMED A NULLITY AND THE ACCUSED SHALL BE RESTORED, IN CONTEMPLATION OF LAW, TO THE STATUS OCCUPIED BEFORE THE ARREST AND PROSECUTION".

PURSUANT TO SECTION 160.50(1C) OF THE CRIMINAL PROCEDURE LAW, ALL OFFICIAL RECORDS AND PAPERS RELATING TO THIS CASE ARE SEALED.

IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY OFFICIAL SEAL ON THIS DATE 08/28/2013.

_____
COURT CLERK



Lawrence Hackshaw
299 East 7th
Mount Vernon NY 10553

5/11/15

United States District Court
Southern District of New York
U.S. Court House
500 Pearl Street
New York, New York 10007



RECEIVED
SDNY PRO SE OFFICE
2015 MAY 13 A 9:45