Southern District of New York

Lawrence Hackshaw Plaintiff

v.

Paul Urquiaga, Shield # 22994 at the 48th Police Precinct (450 Cross Bronx Expressway), Sergeant Barrett, Shield Number unknown also at the 48th Precinct, ADA Jennifer Buentello, Detective Steven Swindell of the Bronx Dist Attorney Squad (shield 21528 ?? although not sure), Detective Investigator Stanley Schiffman Shield #282, Lt. Thomas Slattery, PPX of Bronx Street Crime unit, New York City, John Does 1-5

Case No. 15 Civil 4005 before Judge Preska

---

My name is Lawrence Hackshaw, DIN # 15R1245 . I am at Wyoming Correctional Facility 3203 Dunbar Road P.O. Box 501 Attica, New York 14011-0501.

I would like a jury trial.

The defendants are
1. Paul Urquiaga, Shield 22994,
2. Sergeant Barrett, Shield Number unknown (with the 47th or 48th Precinct in the Bronx),
3. ADA Jennifer Buentello,
4. Det. Steven Swindell of the Bronx Dist. Attorney Squad (maybe Shield 21528),
5. Detective Investigator Stanley Schiffman Shield 282,
6. Lt. Thomas Slattery PPX of the Bronx Street Crime unit,
7. New York City
8. John Does 1-5

I believe I should not lose my false arrest claim because of the limitations because at the time this happened I received mental health treatment that kept me from meeting the false arrest time deadline. I can produce records about this to show that it is true. I was mentally ill a long time from the arrest because I had bad paranoia and depression and other things because of the false arrest and I could not think about this properly until my head lifted after I was dismissed. People in jail took care of my needs.

Before I said that I had a false arrest claim but I would like to bring a malicious prosecution claim and a false evidence claim and an unfair prosecution and trial claim.

I think that the malicious prosecution and false evidence and unfair prosecution claims are not past their time deadline but my mental health treatment kept me from bringing those sooner. I also did not know everything about the way that the officers made the witness identify me until my lawyer told me much much later when defending me and I could not have explained to you before then that that was unfair because I did not know before then.

The events began July 6 2010 when I was falsely arrested by Officer Paul Urquiaga Shield 22994 and Sergeant Barrett Shield unknown of 47th or the 48th precinct in the Bronx.

They falsely arrested me because I ran away from a stabbing. I came to where the stabbing happened after it was happening and tried to stop it because I knew one of the people. They arrested the man who did it, who I knew, at the same time as me and he was convicted. I knew him and when he was arrested he was covered in lots of blood and he was the only one person who did it. I did not have a knife. There was no good evidence to think that I did it. They said that a witness identified me as the person who did the assault but that was because they showed me and this man who did do it and was convicted for it in front of the witness and so the witness just put me with the actual man who did it. This was unfair because Urquiaga and Barrett put me with the man who did it to have the witness think I also helped but this had us as a group instead of two people. Officer Urquiaga and Sergeant Barreett later said that the witness identified me again in a photo and that that was good proof too but this was after Urquiaga and Barrett already made the witness think I was involved by presenting me to the witness with the man who did it so the witness recognized me because they asked the witness in the first place in an unfair way and not because I did it.

Officer Urquiaga and Sergeant Barrett knew they got the witness to identify me in a way that was not fair but then for 2 years kept charging me and I was in jail for these two years even though they knew that this was not right because there was no evidence just evidence they made. Then in September 25, 2012 the charges were dismissed against me showing that for two years it was not good evidence but I was jailed for two years because of it. If the police taught Officer Urquiaga and Sergeant Barrett to do it this way then the city is wrong in saying that the way to ask witnesses to identify people is wrong.

Lt. Thomas Slattery PPX was part of what Officer Urquiaga and Sergeant Barrett did because he was at Jacobi hospital with the witness and said that witness said I was involved so he was there for it and I believe that Detective Stanley Shiffman No 282 was part of it too I belive this because of his involvement in the case. I did not see a paper saying he was at Jacobi hospital but he was with me doing other things so I think he was a part of that too.

They were able to do this too because the prosecutor at the grand jury did not put a witness there that the grand jury asked to hear that person's testimony and that showed that the grand jury maybe did not believe it and thought that more evidence was necessary but because the prosecutor did not give them that witness because ADA Jennifer Buentello and Detective Steven Swindell who is a detective on the Bronx DA Squad did not try to give them that witness and so grand jury voted without testimony it wanted that showed I was not the person who did the stabbing. ADA Buentello and Detective Swindell said to the criminal judge that they tried but they did not try as a situation like that required and so the grand jury presentation was what they wanted not what was fair and not even what I wanted but what the grand jury said it wanted to be fair.

I once filed a lawsuit in court before against N.Y.C. Department of Corrections and that was settled in February 2015 for $21,000 minus 33 1/3

Because of the false arrest, malicious prosecution and my other claims I was injured because I suffered emotional distress, deformation of character, loss of liberty, depression, paranoia and continuous pain and suffering and I am seeking $5,000,000 in financial compensation.

*Lawrence Hacksaw* (signature)

Lawrence Hacksaw