Courtroom Deputy
Pro Se Clerk,

RECEIVED
SDNY PRO SE OFFICE
2015 DEC -2 AM 9:41

My Name Mr. Lawrence Hackshaw
My Case # 15-CIV-4005-(ER)...

I am writing to Request an extentison, As To File The Notice of summons for the U.S. Marshall service. I Have had Many other pressing legal matters, which Are still on going, If possible, I would Request A 2 week extention. I Am in the Process of Mailing of the summons To the Marshall service At This date....

I Will Be looking forward To your Reply.

Respectfully---

RECEIVED NOV 30 PM 2:54 COURT OF APPEALS SECOND CIRCUIT

**DOWNSTATE CORRECTIONAL FACILITY**
BOX F
RED SCHOOLHOUSE ROAD
FISHKILL, NEW YORK 12524-0445
NAME: Lawrence Hackshaw DIN: 15-R-1245

Legal Mail

United States Courthouse
40 Foley Square
New York, New York 10007

