NAME: Lawrence Hackshaw     CASE NAME: Hackshaw vs Urquiaga     (Dated: 12-3-15)

Din: 15-R-1245     Docket No: 15 CV 4005

Facility: Wyoming Corr. Fac.     District Judge Assigned: Edgardo Ramos

P.O. Box-501     Magistreate Judge Assigned: Henry B. Pitman

Attica. N.Y. 14011

To: Court RM Deputy Clerk
Ms. Jasmine Rivera

## Please Take Notice:

I'm Corresponding With you in regards to the USM 285 forms. I've Mailed them Out to the Prose Unit. They have been recieved However, When I Contacted the Prose Unit inquiring about them, I Was informed they had forwarded Me Some New USM-285 forms. Due to my Not having any of the defendants address in order for the fore mentioned defendants to be rightfully Served, in the Case in question. I Was informed I have to Contact your office staff and get the Necessary information/address

These Defendants Are:

Paul Urquiaga: Shield #2294  48th Precinct in the Bronx

Sgt. Barrett: Shield # Unknown  48th Precinct in the Bronx

Ada Jennifer Buentello of the Bronx

Detective Steven Swindell: Of The Bronx - District Attorney Squad
Shield (may be #2158)

Detective Investigator Stanley Schiffman Shield #282

Lt. Thomas Slattery PPX of the Bronx Street Crime Unit

2015 DEC 16  AM 10:16

SDNY PRO SE OFFICE

RECEIVED

**DOWNSTATE CORRECTIONAL FACILITY**
BOX F
RED SCHOOLHOUSE ROAD
FISHKILL, NEW YORK 12524-0445

NAME: Lawrence Chickkeran DIN: 15-R-1245

RECEIVED
SDNY PRO SE OFFICE
2015 DEC 16 AM 10: 16

HARTFORD CT
07 DEC '15
PM 5 L

Courtroom Deputy Clerk Room 619
Ms. Jasmin Rivero
United States Courthouse
40 Foley Square
New York, NY 10007

1000715O729

USM 4C
SDNY

UNITED STATES POSTAGE
$00.485
PITNEY BOWES
02 1M
0004279598    DEC 04 2015
MAILED FROM ZIPCODE 12524