UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWRENCE HACKSHAW,
                                    Plaintiff,

*(In the space above enter the full name(s) of the plaintiff(s).)*

~~LAWRENCE HACKSHAW~~

-against-

OFFICER PAUL URQUIAGA, SHIELD #2771
DETECTIVE STEVEN SWINDELL, RETIRED
SERGENT RHETT BARRET, SHIELD #02428
LIEUTENANT THOMAS SLATTERY, RETIRED
ADA JENNIFER BOENTELLO
INVESTIGATOR STANLEY SCHIFFMAN

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial:  ☑ Yes   ☐ No
(check one)

15 Civ. 04005 (ER)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/16

**I.   Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's    Name LAWRENCE HACKSHAW
              ID# 15R1245
              Current Institution WYOMING CORRECTIONAL FACILITY
              Address 3203 DUNBAR ROAD, POST OFFICE BOX 501
              ATTICA, NEW YORK 14011-0501

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name Paul Urquiga                    Shield # 2771
                 Where Currently Employed New York City Police Department Strategic Response Group
                 Address 1278 Sedgwick Avenue
                 Bronx, New York 10452

| | | |
|---|---|---|
| Defendant No. 2 | Name **Steven Swindell** | Shield # **Retired** |
| | Where Currently Employed ~~1 Police Plaza, Room 1406~~ **Retired** | |
| | Address **1 Police Plaza, Room 1406** | |
| | **New York, New York 10038** | |

| | | |
|---|---|---|
| Defendant No. 3 | Name **Rhett Barrett** | Shield # **02428** |
| | Where Currently Employed **New York Police Department 110th Precinct** | |
| | Address **9441 43rd Avenue** | |
| | **Elmhurst, New York 11373** | |

[Who did what?]

| | | |
|---|---|---|
| Defendant No. 4 | Name **Thomas Slattery** | Shield # |
| | Where Currently Employed **Retired** | |
| | Address **1 Police Plaza, Room 1406** | |
| | **New York, New York 10038** | |

| | | |
|---|---|---|
| Defendant No. 5 | Name **Jennifer Boentello** | Shield # |
| | Where Currently Employed **Bronx County Distric Attorney's Office** | |
| | Address **198 East 161st Street** | |
| | **Bronx, New York 10451** | |

**Defendant No. 6 - see Attachment**

### II. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? **N/A**

B. Where in the institution did the events giving rise to your claim(s) occur? **N/A**

C. What date and approximate time did the events giving rise to your claim(s) occur? **July 6th 2010 4:30**

D. Facts: **SEE Attachment**

[What happened to you?]

*Rev. 01/2010*                                                2

> Was anyone else involved?

> Who else saw what happened?

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

SEE ATTACHMENT

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   Yes ____   No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

_____

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____  No _____  Do Not Know _____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____  No _____  Do Not Know _____

If YES, which claim(s)?

_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____  No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____  No _____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve?

_____

_____

2. What was the result, if any?

_____

_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

_____

_____

_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

_____

_____

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). ~~Please~~ SEE ATTACHMENT

_____
_____
_____
_____

**VI.    Previous lawsuits:**

<span style="border:1px solid;">On these claims</span>

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No __✓__

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

_____ 3.   Docket or Index number _____
_____ 4.   Name of Judge assigned to your case _____
         5.   Approximate date of filing lawsuit _____
         6.   Is the case still pending? Yes _____  No _____
              If NO, give the approximate date of disposition _____
         7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____

<span style="border:1px solid;">On other claims</span>

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes __✓__   No _____

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _Lawrence Hackshaw_
Defendants _Correctional Officers_

2.   Court (if federal court, name the district; if state court, name the county) _____

_____ 3.   Docket or Index number _____
_____ 4.   Name of Judge assigned to your case _____
         5.   Approximate date of filing lawsuit _____

*Rev. 01/2010*                                                6

6. Is the case still pending? Yes ____ No ✓   11/25/2014
   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?)  Settlement

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ____ day of _____, 20___.

Signature of Plaintiff  _____
Inmate Number  15R1245
Institution Address  Wyoming Correctional Facility
3203 Dunbar R.D
P.O Box 501
Attica N.Y 14011-0501

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 3 day of March, 2016 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Lauraine Hackshaw

*Rev. 01/2010*

7

Defendant No. 6] Name: Stanley Schiffman         Shield #:
Where Currently Employed: Bronx County District Attorney office
Address: 198 East 161st Street
Bronx, New York 10451

## II. Statement of Claim:

D. FACTS: The events began the 6th Day of July 2010 when I was falsely arrested by Officer Paul Urquiaga, Sheild #2771 of the NYPD Strategic Response Group and Sergeant Rhett Barrett, Shield No. 02428 of the 110th Precinct. I walked up to where the event had took place, As it was happening I tried to stop the Incident because one of the people involved was someone I know. The Officers Arrested the man who did the stabbing as well as myself and at the end of the whole ordeal the man who did cause the injury was convicted due to the evidence linking to the Incident. Now the parties mentioned above said that there was a witness who identified me as said person who assaulted the victim because they put me with the person who committed the Charge and asked the said witness in an unfair way if He/She recognized me. Officer Paul Urquiaga and Sergeant Rhett Barrett maliciously got the witness to identify me. For more then a year and a half I was held unlawfully in Prision and deprived of my Life, Liberty, and Property without due Process of the Law.

Page 1 of 3

II. Statement of Claim:

D. FACTS: Then the Twenty Fifth (25th) Day of September 2012 the Criminal Charges that I was unlawfully Imprisoned for was dismissed. As it applies in the instant case, the Language of the Fifth Amendment is clear:

- No person Shall be... deprived of Life, Liberty, or property without due process of Law.
- The essential Elements of due process of Law are... NOTICE and the opportunity to defend.
- There should be arbitrary deprivation of Life, or Liberty.

In the Instant case, the STATE, by Applying Commerical statutes to all. Entities, Natural and artificial persons alike, Has deprived this Free and Natural Person of the Right of Liberty, without Cause and without due process of Law.

III. Injuries:

The damages for Wrongful Imprisionment may Include, Lost wages, damages for mental anguish and Loss of Liberty. The mental Pain Suffered while in Prision includes discomfort, Fear, lack of privacy and degradation. The damages for loss of Liberty Includes damages for loss of the Fundamental right to be free, lost opportunities to engage in everyday Interaction while in prision, and for the mental anguish that accompanies loss of Liberty. The measure of damages for Wrongful Imprisionment is Such a Sum as will Fairly and reasonably compensate the injured Party for injuries caused by the defendants wrongful action, which set foundation for One point six million [1,600,000.00] for Unlawfully Imprisionment per day.

## V. RELIEF:

Because of the False Arrest, malicious prosecution, unlawfully Imprisionment, emotional distress, deformation of Character, Loss of Liberty, depression, Paranoia and Continuous pain and Suffering. I am seeking Forty-Five million, Seven hundred and Fifty Thousand for unlawfully Imprisionment, False Arrest, Malicious Prosecution. For my other injuries I am seeking Fifty-Five million in financial Compensation.

# Exhibit A

```
              SUPREME COURT OF THE STATE OF NEW YORK        NO FEE
                          BRONX COUNTY
                        265 EAST 161 STREET
                          BRONX, NY 10451
```

## CERTIFICATE OF DISPOSITION DISMISSAL

DATE: 08/28/2013                         CERTIFICATE OF DISPOSITION NUMBER: 76149

PEOPLE OF THE STATE OF NEW YORK          CASE NUMBER:            02876-2010
              VS.                        LOWER COURT NUMBER(S):  2010BX042655
                                         DATE OF ARREST:         07/06/2010
                                         ARREST #:               B10655485
                                         DATE OF BIRTH:          06/11/1982
HACKSHAW, LAWRENCE                       DATE FILED:             08/06/2010
CLAXTON, KEITH (AKA)

                    DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS
ON FILE IN THIS OFFICE THAT ON 09/25/2012 THE ABOVE ACTION WAS
DISMISSED AND ALL PENDING CRIMINAL CHARGES RELATED TO
THIS ACTION WERE ALSO DISMISSED BY THE HONORABLE  CARTER, JOHN   THEN
A JUDGE OF THIS COURT.

THE DEFENDANT WAS DISCHARGED FROM THE JURISDICTION OF THE COURT.

THE ABOVE MENTIONED DISMISSAL IS A TERMINATION OF THE CRIMINAL
ACTION IN FAVOR OF THE ACCUSED AND PURSUANT TO SECTION 160.60 OF
THE CRIMINAL PROCEDURE LAW "THE ARREST AND PROSECUTION SHALL BE
DEEMED A NULLITY AND THE ACCUSED SHALL BE RESTORED, IN
CONTEMPLATION OF LAW, TO THE STATUS OCCUPIED BEFORE THE ARREST
AND PROSECUTION".

PURSUANT TO SECTION 160.50(1C) OF THE CRIMINAL PROCEDURE LAW, ALL
OFFICIAL RECORDS AND PAPERS RELATING TO THIS CASE ARE SEALED.


IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY
OFFICIAL SEAL ON THIS DATE 08/28/2013.

                                           _____
                                                     COURT CLERK

