UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

LAWRENCE HACKSHAW,

                                                  Plaintiff,

               -against-

OFFICER PAUL URQUIAGA; ASSISTANT DISTRICT
ATTORNEY JENNIFER BUENTELLO; SERGEANT
RHETT BARRETT; DETECTIVE STEVEN SWINDELL;
DISTRICT ATTORNEY INVESTIGATOR STANLEY
SCHIFFMAN; and LIEUTENANT THOMAS
SLATTERY,

                                             Defendants.

------------------------------------------------------------------- x

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

15-CV-4005 (ER)

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Defendants' Motion for Summary Judgment, the Declaration of Colin McCann Ceriello and Supporting Documents and upon all prior pleadings and proceedings had herein, defendants Urquiaga, Buentello, Schiffman, Slattery, Swindell, and Barrett will move this Court before the Honorable Edgardo Ramos, United States District Judge, at the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure dismissing the Second Amended Complaint with prejudice, together with such other relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, are to be served and filed by October 5, 2016; and that reply papers, if any, are to be served and filed by October 19, 2016.

Dated:    New York, New York
           August 24, 2016

           ZACHARY W. CARTER
           Corporation Counsel of the
             City of New York
           *Attorney for Defendants*
           100 Church Street, Room 3-306
           New York, New York 10007
           (212) 356-5052

By: _/s/ Colin McCann Ceriello_

           Colin McCann Ceriello
           *Assistant Corporation Counsel*
           Special Federal Litigation Division

TO:    *BY FIRST-CLASS MAIL*

        Lawrence Hackshaw
        DIN 15-R-1245
        Orleans Correctional Facility
        3531 Gaines Basin Road
        Albion, New York 14411-9199